## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA, FOR THE USE OF:**
**MARCO INTERNATIONAL GROUP, INC. D/B/A**
**MARCO INTERNATIONAL GROUP OPCO, LLC**                    **PLAINTIFF**

**VERSUS**                               **CASE NO.**   1:20-cv-173-HSO-JCG

**VINSON ENTERPRISES, LLC,**
**VINTECH, LLC, AND JOHN DOE SURETY**                      **DEFENDANTS**

### VERIFIED COMPLAINT

COMES NOW Plaintiff, the United States of America, for the use of Marco Group International, Inc. d/b/a Marco Group International Opco, LLC, by and through its attorneys, Rushing & Guice, P.L.L.C., files this, its Verified Complaint against Vinson Enterprises, LLC, Vintech, LLC and Unknown Sureties A-Z, Defendants, and alleges and states as follows:

1.

This action arises, and this Court has jurisdiction, under U.S. Code, Title 40 §3133.

2.

Venue is proper in this court as the production and delivery of all materials and labor took place at the Stennis Space Center, State of Mississippi.

3.

Defendant, Vinson Enterprises, LLC, is a Florida limited liability company qualified to do business in the State of Mississippi, and may be served with process by serving its registered agent for process, Sherman Vinson, at Building 1103, Suite 146A, Stennis Space Center, MS 39529.

4.

Defendant, Vintech, LLC, is a Mississippi limited liability company qualified to do business in the State of Mississippi, and may be served with process by serving its registered agent for process, Sherman Vinson, at Building 1103, Suite 146A, Stennis Space Center, MS 39529.

5.

Defendant, John Doe Surety, (hereinafter referred to as "Bonding Company"), is currently unknown, and may be served with process in accordance with Federal law once it becomes known. The bond information has been requested from the Corp of Engineers – Huntsville Engineering, and such request is being processed under case number FA-20-17889/FP-20-016033.

6.

Pursuant to Federal law, Defendant, Vintech, LLC was required to obtain a payment bond, conditioned as required by law, for protection of all persons supplying labor and materials in the prosecution of the work provided under Vintech, LLC's contract for work at the Stennis Space Center Undefined MS-607 project. Plaintiff, having no information regarding the payment bond or the surety, has named John Doe Surety as a party to this case.

7.

Defendant Vinson Enterprises, LLC is a subcontractor for Vintech, LLC, and agreed to provide certain labor and materials for the Stennis Space Center Undefined MS-607 project, wherein Vintech, LLC is the principal contractor and Vinson Enterprises, LLC was a sub-contractor.

8.

That Defendant, Vinson Enterprises, LLC, did execute a Credit Application with Plaintiff Marco Group International, Inc. d/b/a Marco Group International Opco, LLC, a copy of which is attached hereto as Exhibit "A".

9.

That Plaintiff, Marco International Group, Inc. d/b/a Marco International Group Opco, LLC, did furnish certain labor and materials to Vinson Enterprises, LLC for the Stennis Space Center Undefined MS-607 project between the dates of March 6, 2019 and May 22, 2019.

10.

There remains due and owing to Plaintiff, Marco Group International, Inc. d/b/a Marco Group International Opco, LLC, the sum of $60,124.90 for which the defendants have not made payment to Plaintiff.   See statement of account attached hereto as Exhibit "B".

11.

Notwithstanding Plaintiff's demands to the defendants for payment, said balance has not been paid.

12.

Defendants breached the terms of the Credit Application, and/or the payment bond in that they failed and/or refused to pay Plaintiff all monies due it for material furnished, as above set forth.

13.

A Notice of Claim on Payment Bond, attached hereto as Exhibit "C", was sent to Defendants and the Project Owner, Stennis Space Center, on August 8, 2019.

14.

A period of more than ninety (90) days has elapsed since the date of last material furnished by Plaintiff, and Plaintiff has not been paid in full for the material furnished.

15.

All conditions precedent to the bringing and maintenance of this action have been performed or have occurred and this action is being filed within one year of the last date on which Marco Group International, Inc. d/b/a Marco Group International Opco, LLC provided services and/or materials to the job site.

WHEREFORE, Plaintiff, Marco Group International, Inc. d/b/a Marco Group International Opco, LLC, requests Judgment against Vinson Enterprises, LLC, Vintech, LLC, and John Doe Surety for the sum of $60,124.90, together with interest thereon, attorney's fees, costs of this action, and all other relief to which Plaintiff is entitled under the premises.

Respectfully submitted,

MARCO GROUP INTERNATIONAL, INC d/b/a
MARCO GROUP INTERNATIONAL OPCO, LLC


   _s/ R. Scott Wells_____
R. SCOTT WELLS,
Mississippi Bar #9456
RUSHING & GUICE, P.L.L.C.
P. O. Box 1925
Biloxi, MS  39533
Telephone:  228-374-2313
Facsimile:  228-875-5987

## VERIFICATION

STATE OF _Ohio_

COUNTY OF _Cuyahoga_

I, _Colleen Kirk_, the _attorney in fact_, of Marco
Group International, Inc. d/b/a Marco Group International Opco, LLC, being first duly sworn,
states that I have read the Complaint and know the contents thereof, that the same are true to my
own knowledge, based upon my personal knowledge and review of the documents and records
created and/or maintained by Plaintiff in the ordinary course of its business, except as to those
matters therein stated to be upon information and belief, and as to those matters he believes them to
be true.

_Colleen Kirk_
(SIGNATURE)

_COLLEEN KIRK_
(PRINT NAME)

Sworn to before me this the 19 day of _May_, 2020.

_____
Notary Public

W:\9578\Working Files\Pleadings\Complaint.docx

NOTARIAL SEAL
STATE OF OHIO

MICHELLE GERRED
Attorney At Law
NOTARY PUBLIC
STATE OF OHIO
My Commission Has
No Expiration Date
Section 147.03 O.R.C.



**POWER OF ATTORNEY**

KNOW ALL MEN BY THESE PRESENTS, THAT the undersigned, **Marco Group International Opco LLC**("the Company"), hereby constitutes and appoints, Colleen Kirk, Amy Hunger, Amy Poje-Marsh, Leigh Kuntz, Cassie Hauserman, Jenna Kawalec, Irena Mijic, Danielle Moon, Mark Hrvatin, Rachel Gezymalla, and Mary Cowan its true and lawful attorney-in- fact, for so long as he or she shall be employed by C & S Associates, Inc., dba NCS, an Ohio Corporation, with full power to act without the others, in the name and on behalf of the Company to execute, acknowledge, deliver and/or cause to be recorded notices or related lien claim documents. This Power of Attorney shall remain in effect until terminated in writing by either party.

IN WITNESS WHEREOF the company has executed this Power of Attorney as of the ___19___ day of __May__, 20_20_.

**Marco Group International Opco LLC**
(Corporate Legal Name)
**3425 East Locust Street, Davenport, IA 52803**
(Address)

By: _Shan Hess_
(Print Name)
_Shan Hess_
(Signature)

JS 44   (Rev. 09/19)

# CIVIL COVER SHEET

1:20-cv-173-HSO-JCG

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

United States of America, for the use of: Marco International Group, Inc. d/b/a Marco International Group OPCO, LLC

## DEFENDANTS

Vintech, LLC, Vinson Enterprises, LLC and John Doe Surety

**(b)**  County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Hancock, Mississippi
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*
R. Scott Wells, Esq. of Rushing & Guice, P.L.L.C.
P.O. Box 1925, Biloxi, MS 39533
(228) 374-2313

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
         Plaintiff

☐ 2   U.S. Government
         Defendant

☐ 3   Federal Question
         *(U.S. Government Not a Party)*

☐ 4   Diversity
         *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
☐ 110 Insurance
☐ 120 Marine
☒ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

### TORTS
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

### FORFEITURE/PENALTY
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

### LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

### BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 835 Patent - Abbreviated New Drug Application
☐ 840 Trademark

### SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729(a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit (15 USC 1681 or 1692)
☐ 485 Telephone Consumer Protection Act
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

### REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### CIVIL RIGHTS
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
**Other:**
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

### IMMIGRATION
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original Proceeding
☐ 2  Removed from State Court
☐ 3  Remanded from Appellate Court
☐ 4  Reinstated or Reopened
☐ 5  Transferred from Another District *(specify)*
☐ 6  Multidistrict Litigation - Transfer
☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
US Code, Title 40, Section 3133
Brief description of cause:
Bond Claim for Government Contract

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
60,124.90

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
05/19/2020

SIGNATURE OF ATTORNEY OF RECORD
s/ R. Scott Wells

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT  $400.00  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

#0538-4278232



# CREDIT APPLICATION

**Experience, Trust, Service**

3425 E. LOCUST ST.
DAVENPORT, IA 52803
800.BLAST.IT | 800.252.7848

*PAGE 1 OF 2*

**FAX COMPLETED FORM TO**
563.324.5792

*Entire form must be completed and signed (bottom of page 2) for consideration of open credit terms.*

## COMPANY INFORMATION

| COMPANY NAME | | FEDERAL ID# | | |
|---|---|---|---|---|

| BILLING ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|

| SHIPPING ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|

| DATE COMPANY ESTABLISHED *(MM/DD/YYYY)* | OFFICER/OWNER |
|---|---|

**ARE YOU A CORPORATION?** ☐ YES  ☐ NO
**HAS THE COMPANY EVER FILED FOR BANKRUPTCY?** ☐ YES  ☐ NO

D&B  D-U-N-S #

PARENT COMPANY NAME

| BILLING ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|

## CURRENT TRADE REFERENCES *(PLEASE ATTACH OR FILL OUT BELOW)*

**1. NAME**

| CITY | STATE | ZIP | PHONE | FAX |
|---|---|---|---|---|

**2. NAME**

| CITY | STATE | ZIP | PHONE | FAX |
|---|---|---|---|---|

**3. NAME**

| CITY | STATE | ZIP | PHONE | FAX |
|---|---|---|---|---|

**4. NAME**

| CITY | STATE | ZIP | PHONE | FAX |
|---|---|---|---|---|

**5. NAME**

| CITY | STATE | ZIP | PHONE | FAX |
|---|---|---|---|---|

**6. NAME**

| CITY | STATE | ZIP | PHONE | FAX |
|---|---|---|---|---|



*Experience, Trust, Service*

3425 E. LOCUST ST.
DAVENPORT, IA 52803
800.BLAST.IT | 800.252.7848

*PAGE 2 OF 2*

# CREDIT APPLICATION

## BANK REFERENCE

| BANK NAME | | | LOAN OFFICER | | | YEARS WITH BANK |
|---|---|---|---|---|---|---|
| ADDRESS | CITY | | STATE | ZIP | PHONE | FAX |

## ACCOUNTS PAYABLE INFORMATION

| PERSON(S) RESPONSIBLE FOR ACCOUNTS PAYABLE | TITLE |
|---|---|
| PERSON(S) RESPONSIBLE FOR SIGNING CHECKS | TITLE |
| ESTIMATED MAXIMUM CREDIT REQUIREMENT | ARE PURCHASE ORDER NUMBERS REQUIRED? ☐ YES   ☐ NO |

## SALES TAX EXEMPTION INFORMATION

*The following information is required for sales tax compliance:*

☐ Our company is NOT subject to sales tax in the state(s) of:_____

Our company is engaged as a registered Retailer or Wholesaler as it relates to products purchased from Marco, or products purchased from Marco are used directly in our Manufacturing process, or products purchased from Marco are used on a government project.

**\*\*Must forward a copy of your sales tax exemption certificate(s) with your completed credit application.\*\***

Our company certifies that if any property so purchased, sales tax free, is used or consumed by us, as to make it subject to Sales or Use Tax, we will pay the tax due direct to the proper taxing authority.

## ACKNOWLEDGEMENT - SIGN AND DATE

I understand the information provided on this form is to be used by Marco for the purpose of assigning or denying credit. This information is correct and true to the best of my knowledge. I hereby grant permission to Marco to verify the above bank and trade references.

I agree to Marco's terms of sale Net 30. I understand that a finance charge of 1.5% per month (18% per year), as well as all legal and collection fees will be assessed on all accounts sent to collections

**Under penalty of perjury, I swear the information on this form is true and correct.**

| AUTHORIZED SIGNATURE | DATE (MM/DD/YYYY) |
|---|---|
| *Sherman Vinson* | 02/13/17 |
| PRINT NAME | TITLE |
| Sherman Vinson | Managing Member |

**CREDIT DEPARTMENT**
PHONE: 800.801.8140
FAX: 563.324.5792

**FOR MORE INFORMATION**
800.BLAST.IT | 800.252.7848
SALES@MARCO.US
WWW.MARCO.US

Updated: 01/24/11
Form ARF-1 Rev. F



## CREDIT REFERENCE SHEET

SUPPLIERS

## COMPANY INFO

| | |
|---|---|
| **Vinson Enterprises, LLC**<br>1314 Lloyd Price Ave.<br>Kenner, LA 70062<br>504-305-6419 direct<br>877-224-0474 fax<br>ap@vinsonllc.com<br>DBE: LA DOTD and SLDBE (Harrah's) | President/Managing Member: Sherman Vinson<br>Tax ID #: █████<br>Year Established: 05/2006<br>DUNS: 8056763033<br>LA Contractor License: 51257<br>CAGE #: 59G86<br>Bonding Co: Baldwin Cox / Blaine Allen<br>972-331-3708 |

## BANK REFERENCES

| Chase Bank          Acct # █████ | Line of Credit $85,000 |
|---|---|
| 3540 Williams Blvd. Kenner, LA 70065 | Ilsi Duncan 504-441-5327 |
| First NBC          Acct # █████ | Line of Credit $350,000 |
| 210 Baronne Street, New Orleans, LA. 70112 | Felicia Wilwright |
| Florida Parishes Bank    Acct # █████ | Line of Credit $150,000 |
| 1300 West Morris Avenue, Hammond, LA  70403 | Jill Balisteri 985-269-7069 |

## CREDIT REFERENCES

| | |
|---|---|
| **Cat Financial    Acct #** █████<br>Ofc. 1-800-651-0567<br>Fax 615-341-8578<br>NABC.CustomerService@cat.com | **Ram-Tool      Acct #** █████<br>3620 8 Ave. South<br>Birmingham, LA 35222<br>Attn: Kim Vernon<br>arcustomerrequest@ram-tool.com<br>Fax 866-851-4480 |
| **PPG Protective & Marine Coatings**<br>Acct # █████<br>Attn: Rob Sanfrey<br>Ofc. 724-742-5774<br>Fax. 866-282-5974<br>sanfrey@ppg.com | |



Marco Group International Opco, LLC
3425 East Locust Street
Davenport, IA  52803
800.BLAST.IT | 800.252.7848

# STATEMENT

| STATEMENT DATE | ACCOUNT NUMBER |
|---|---|
| 12/13/2019 | ██9672 |
| **TERMS** | **PAGE** |
| Net 30 Days Check | Page 1 of 2 |

| CUSTOMER ADDRESS | PLEASE REMIT TO |
|---|---|
| Vinson Enterprise Llc<br>MSET BUILDING 1103 SUITE 135 F<br>STENNIS, MS  39529<br>United States of America | Marco Group International Opco, LLC<br>3425 East Locust Street<br>Davenport, IA  52803 |

| INVOICE DATE | INVOICE NUMBER | PO NUMBER | CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | 91 + DAYS PAST DUE |
|---|---|---|---|---|---|---|---|
| 08/30/19 | 338885 | | $0.00 | $0.00 | $0.00 | $0.00 | $21,305.84 |
| 08/30/19 | 338381 | | $0.00 | $0.00 | $0.00 | $0.00 | $4,415.89 |
| 08/30/19 | 342500 | | $0.00 | $0.00 | $0.00 | $0.00 | $3,086.95 |
| 08/30/19 | 343498 | | $0.00 | $0.00 | $0.00 | $0.00 | $1,267.95 |
| 08/30/19 | 345842 | | $0.00 | $0.00 | $0.00 | $0.00 | $3,086.95 |
| 08/30/19 | 345900 | | $0.00 | $0.00 | $0.00 | $0.00 | $1,459.48 |
| 08/30/19 | 345902 | | $0.00 | $0.00 | $0.00 | $0.00 | $1,688.46 |
| 08/30/19 | 346335 | | $0.00 | $0.00 | $0.00 | $0.00 | $986.13 |
| 08/30/19 | 346602 | | $0.00 | $0.00 | $0.00 | $0.00 | $2,830.15 |
| 08/30/19 | 348070 | | $0.00 | $0.00 | $0.00 | $0.00 | $823.90 |
| 08/30/19 | 352339 | | $0.00 | $0.00 | $0.00 | $0.00 | $10,700.00 |
| 08/30/19 | 352645 | | $0.00 | $0.00 | $0.00 | $0.00 | $1,327.87 |
| 08/30/19 | 371272 | | $0.00 | $0.00 | $0.00 | $7,145.33 | $0.00 |
| | **TOTALS** | | $0.00 | $0.00 | $0.00 | $7,145.33 | $52,979.57 |

| TOTAL BALANCE | $60,124.90 |
|---|---|

**FOR CHECK PAYMENTS:**
Please write the account number on your check.

**FOR ELECTRONIC PAYMENTS:**
BANK NAME:  AMEGY BANK OF TEXAS
ABA/ROUTING #: ████████
ACCOUNT #: ████
SWIFT:  ZFNBUS55
PAYMENT ADVICE TO:  marco.ar@marco.us

Any inquiry regarding this statement, please contact marco.ar@marco.us



Marco Group International Opco, LLC
3425 East Locust Street
Davenport, IA 52803
800.BLAST.IT | 800.252.7848

# STATEMENT

| STATEMENT DATE | ACCOUNT NUMBER |
|---|---|
| 12/13/2019 | ▇9672 |
| TERMS | PAGE |
| Net 30 Days Check | Page 2 of 2 |

| CUSTOMER ADDRESS | PLEASE REMIT TO |
|---|---|
| Vinson Enterprise Llc<br>MSET BUILDING 1103 SUITE 135 F<br>STENNIS, MS 39529<br>United States of America | Marco Group International Opco, LLC<br>3425 East Locust Street<br>Davenport, IA 52803 |

| INVOICE DATE | INVOICE NUMBER | PO NUMBER | CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | 91 + DAYS PAST DUE |
|---|---|---|---|---|---|---|---|

Any inquiry regarding this statement, please contact marco.ar@marco.us



Marco Group International Opco, LLC
3425 E. LOCUST ST.
DAVENPORT, IA 52803
800.BLAST.IT | 800.252.7848

# PAST DUE INVOICE

| INVOICE DATE | DUE DATE | TERMS |
|---|---|---|
| 3/7/2019 | 4/6/2019 | NET 30 DAYS - OPEN |
| INVOICE NUMBER | ACCOUNT NUMBER | PAGE |
| 338885 | ▉9672 | 1 of 2 |
| MARCO REPRESENTATIVE | | |
| RANDY JR ROTH | | |

**BILL TO:**
VINSON ENTERPRISE LLC
MSET BUILDING 1103 SUITE 135 F
STENNIS, MS 39529

## PAST DUE REMINDER

**SHIP TO:**
VINSON ENTERPRISE/STENNIS SPACE CTR
HWY 607 SOUTH GATE
LEFT ON THE GRAVEL RD BEFORE BRIDGE
STENNIS, MS 39529

| ORDER DATE | PURCHASE ORDER NUMBER | FOB | SHIP DATE |
|---|---|---|---|
| 3/6/2019 | T05-072S | DEER PARK, TX | 3/7/2019 |
| SALES ORDER NUMBER | ORDERED BY | SHIP VIA | |
| 494140 | FLOYD | PPY&ADD/FLATBED | |

| PART NUMBER | DESCRIPTION | ORDERED | SHIPPED | BACK ORDER | UOM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| 60S330D | S330 STEEL SHOT 2000# DRUM | 22.000 | 22.000 | 0.000 | DR | $368.50 | $8,107.00 |
| 60SSS | STEEL SCRAP SURCHARGE | 44,000.000 | 22.000 | 0.000 | LB | $477.00 | $10,494.00 |
| 98FREIGHT | FREIGHT & LOGISTIC SERVICES | 1.000 | 1.000 | 0.000 | EA | $975.00 | $975.00 |
| C | | | | | | | $0.00 |
| 10BC91681 | BULK BAG 35 X 35 X 50 2MT W/ LINER | 10.000 | 10.000 | 0.000 | EA | $33.60 | $336.00 |
| C | | | 0.000 | | | $0.00 | $0.00 |
| C | MARCO ARRANGED FLATBED | | 0.000 | | | $0.00 | $0.00 |
| C | FOR PICKUP THURSDAY, 3/7/19 | | 0.000 | | | $0.00 | $0.00 |
| C | STANDARD DELIVERY | | 0.000 | | | $0.00 | $0.00 |
| C | POC: FLOYD 504-342-6987 | | 0.000 | | | $0.00 | $0.00 |
| C | DRIVER MUST CHECKIN AT SECURITY | | 0.000 | | | $0.00 | $0.00 |
| C | OFFICE TO GET A BADGE FOR ENTRANCE | | 0.000 | | | $0.00 | $0.00 |
| C | INTO FACILITY | | 0.000 | | | $0.00 | $0.00 |

| | |
|---|---|
| SUB TOTAL | $19,912.00 |
| SALES TAX | $1,393.84 |
| SHIPPING & HANDLING | $0.00 |
| INVOICE TOTAL | $21,305.84 |
| AMOUNT DUE | $21,305.84 |

Please see Terms and Conditions on final page. If you did not receive a
Terms and Conditions page, please call 563-324-2519 to obtain a copy.

Please contact Customer Service at 800.252.7848 with any questions. Thank you for your business!

**WWW.MARCO.US | 800.BLAST.IT | 800.872.5278 | 563.324.2519 | FAX: 563.324.5792 | SALES@MARCO.US**



Marco Group International Opco, LLC
3425 E. LOCUST ST.
DAVENPORT, IA 52803
800.BLAST.IT | 800.252.7848

# PAST DUE INVOICE

| INVOICE DATE | DUE DATE | TERMS |
|---|---|---|
| 3/7/2019 | 4/6/2019 | NET 30 DAYS - OPEN |
| **INVOICE NUMBER** | **ACCOUNT NUMBER** | **PAGE** |
| 338885 | ▮▮9672 | 2 of 2 |
| **MARCO REPRESENTATIVE** | | |
| RANDY JR ROTH | | |

**BILL TO:**

VINSON ENTERPRISE LLC
MSET BUILDING 1103 SUITE 135 F
STENNIS, MS 39529

## PAST DUE REMINDER

**SHIP TO:**

VINSON ENTERPRISE/STENNIS SPACE CTR
HWY 607 SOUTH GATE
LEFT ON THE GRAVEL RD BEFORE BRIDGE
STENNIS, MS 39529

| ORDER DATE | PURCHASE ORDER NUMBER | FOB | SHIP DATE |
|---|---|---|---|
| 3/6/2019 | T05-072S | DEER PARK, TX | 3/7/2019 |
| **SALES ORDER NUMBER** | **ORDERED BY** | **SHIP VIA** | |
| 494140 | FLOYD | PPY&ADD/FLATBED | |

**ELECTRONIC PAYMENT INFORMATION**

BANK NAME:  AMEGY BANK OF TEXAS
ABA/ROUTING #: ▮▮▮▮▮▮
ACCOUNT #: ▮▮▮▮▮▮▮
SWIFT:  ZFNBUS55
Payment Advice to:  marco.ar@marco.us

Please contact Customer Service at 800.252.7848 with any questions.Thank you for your business!

**WWW.MARCO.US | 800.BLAST.IT | 800.872.5278 | 563.324.2519 | FAX: 563.324.5792 | SALES@MARCO.US**

## TERMS & CONDITIONS

Marco will fulfill orders solely upon the terms set forth below. These terms and conditions shall supersede any provisions, terms and conditions contained on any purchase order, confirmation or other writing Buyer may give or receive which are hereby deemed rejected, and the rights of the parties shall be governed exclusively by the provisions, terms and conditions hereof. Marco makes no representations or warranties concerning products ordered except such as are expressly contained herein, and these terms may not be changed or modified orally.

**1. Terms of Payment.** With approved Credit, terms are: Cash net 30 days from the date of shipment. Payments not made when due shall bear interest at the rate of eighteen percent (18%) per annum, compounded monthly, or the rate permitted by law, whichever is greater. Except as provided herein or upon the express written authorization of Marco, payment due hereunder shall not be subject to any reduction or offset of any kind. Shipment shall be by Marco's regular method of shipment, unless special arrangements are made by Buyer. Unless otherwise stated in this catalogue, all prices are F.O.B. origin. Identification of the goods to the contract shall occur as each shipment is placed in the hands of the carrier. Orders are subject to a handling charge. Contact your account manager regarding freight paid order eligibility. Unpaid balances are subject to 1.5% per month charge. Legal, travel, lodging and all other expenses, related to collecting unpaid balances, will be added to amount owed.

**2. Limited Warranty.** Seller warrants to the original purchaser that the Product covered by this Limited Warranty will remain free from defects in workmanship or material under normal commercial use and service for a period of one year from the date of shipment to the original Purchaser. This Warranty shall not apply to defects arising, in whole or in part, from any accident, negligence, alteration, misuse or abuse of the Product, operation of the Product which is not in accordance with applicable instructions or manuals or under conditions more severe than, or otherwise exceeding, those set forth in the written specifications for the Product, nor shall this Warranty extend to repairs or alterations of the Product and/or any maintenance part by persons other than Seller or Seller's authorized representatives. This warranty does not apply to accessory items. Further, this Warranty does not apply to damage or wear to the surface finish or appearance of the Product or normal wear and tear to the Product. This Warranty is limited to a purchaser who purchases the Product either directly from the Seller or from one of Seller's "Authorized Distributors". An Authorized Distributor is a Seller approved distributor that purchases the Product directly from the Seller for the sole purpose of re-selling the Product at retail, without any use or modifications whatsoever, to an end-purchaser. This warranty is specifically non-assignable and non-transferable.

**3. Disclaimer of Warranty.** The foregoing Limited Warranty is exclusive and is in lieu of all other warranties, whether oral or written and whether express, implied, or statutory. Seller hereby disclaims all other warranties, including but not limited to the warranties of merchantability and/or fitness for a particular purpose and all such other warranties are hereby excluded and are inapplicable to the product. Seller makes no warranties or representations of any kind concerning respirators, or equipment made by other manufacturers. Seller's agents and representatives are not authorized to offer any further warranties.

**4. Exclusive Remedy for Warranty Claims.** THE SOLE AND EXCLUSIVE REMEDY UNDER THE FOREGOING LIMITED WARRANTY, AND TO THE EXTENT PERMITTED BY LAW, ANY WARRANTY OR CONDITION IMPLIED BY LAW, COVERING THIS PRODUCT SHALL BE, AT THE SELLER'S OPTION, THE REPAIR OR REPLACEMENT, FREE OF CHARGE, F.O.B. POINT OF MANUFACTURE, OF ANY DEFECTIVE PART OR PARTS OF THE PRODUCT THAT WERE MANUFACTURED BY SELLER, AND WHICH ARE RETURNED TO SELLER AT SELLER'S PRINCIPAL PLACE OF BUSINESS, POSTAGE PREPAID BY THE PURCHASER. THIS SOLE AND EXCLUSIVE REMEDY IS CONDITIONED UPON PURCHASER'S PROMPT WRITTEN NOTICE TO SELLER AT SELLER'S PLACE OF BUSINESS THAT A DEFECT HAS BEEN DISCOVERED, TOGETHER WITH A REASONABLY DETAILED DESCRIPTION OF THE DEFECT IN THE PRODUCT, PROOF OF PURCHASE OF THE PRODUCT, AND THE MODEL AND IDENTIFICATION NUMBER OF THE PRODUCT WITHIN THIRTY (30) DAYS AFTER DISCOVERY OF THE DEFECT, OTHERWISE SUCH CLAIMS SHALL BE DEEMED WAIVED. NO ALLOWANCE WILL BE GRANTED FOR ANY REPAIRS OR ALTERATIONS MADE BY PURCHASER OR OTHERS WITHOUT SELLER'S PRIOR WRITTEN CONSENT. IF SUCH NOTICE IS TIMELY GIVEN, SELLER WILL HAVE THE OPTION TO EITHER MODIFY THE PRODUCT OR COMPONENT PART THEREOF TO CORRECT THE DEFECT, REPLACE THE PRODUCT OR PART WITH COMPLYING PRODUCTS OR PARTS, OR REFUND THE AMOUNT PAID FOR THE DEFECTIVE PRODUCT, ANY ONE OF WHICH WILL CONSTITUTE THE SOLE LIABILITY OF SELLER AND FULL SETTLEMENT OF ALL CLAIMS. IN NO EVENT SHALL SELLER BE LIABLE FOR ANY OBLIGATION GREATER THAN THE ORIGINAL PURCHASE PRICE OF THE PRODUCT UNDER THIS WARRANTY. PURCHASER SHALL AFFORD SELLER PROMPT AND REASONABLE OPPORTUNITY TO INSPECT THE PRODUCT FOR WHICH A CLAIM IS MADE. THE SOLE PURPOSE OF THE FOREGOING STIPULATED EXCLUSIVE REMEDY SHALL BE TO REPAIR OR REPLACE DEFECTIVE PRODUCTS OR COMPONENTS THEREOF OR TO REFUND PURCHASER THE PURCHASE PRICE THEREOF. THIS STIPULATED EXCLUSIVE REMEDY SHALL NOT BE DEEMED TO HAVE FAILED OF ITS ESSENTIAL PURPOSE SO LONG AS SELLER IS WILLING AND ABLE TO REPAIR OR REPLACE THE DEFECTIVE PARTS OR REFUND THE PURCHASE PRICE IN ACCORDANCE WITH THE TERMS HEREOF. PRODUCTS THAT HAVE BEEN REPAIRED OR REPLACED UNDER THIS WARRANTY DO NOT RECEIVE A NEW WARRANTY AND ARE ONLY COVERED BY THE REMAINING PORTION OF THE ORIGINAL WARRANTY.

**5. Limitation of Remedies.** The foregoing stipulated exclusive remedy is in lieu of all other remedies for breach of contract, warranty, and/or tort or otherwise. Seller shall not be liable, either directly or indirectly, for any consequential, incidental or special losses or damages of Purchaser, including but not limited to the Purchaser's expenses for downtime or for making up downtime, damages for which the Purchaser may be liable to other persons and/or entities, damages to property, and injury to or death of any persons and/or any claims for incidental or consequential damages, including but not limited to loss of profits, regardless of whether Seller has been informed of the possibility of such damages. Seller neither assumes, nor authorizes any person to assume for it, any other liability in connection with the sale or use of any Products covered by the foregoing Warranty and Disclaimers, and there are no oral agreements relating to remedies which are collateral to or which affect this limitation.

**6. Returns And Credit.** Goods must be thoroughly examined prior to accepting delivery. Concealed damage due to transportation must be reported to the carrier within thirty-six (36) hours of delivery. Non-conforming merchandise or shortages must be reported to Marco within three (3) days of delivery. In either case, do not discard any packaging material. All returns require a Return Material Authorization (RMA) Number and RMA Form. These will be provided to you upon request. All returns are subject to a twenty percent (20%) restocking charge. Goods returned (except pursuant to warranty) must be in the unopened, original packaging, in new condition and in saleable condition. Costs incurred to repair goods returned in unsaleable condition (except for warranty service) will be deducted before any credit is issued. Goods returned in unsaleable condition and beyond repair will not be credited. All returns, except those pursuant to warranty, must be shipped freight prepaid. The 20% restocking charge applicable to returns made outside of warranty will be waived if: 1) an offsetting order of equal or greater value has been placed, and 2) the product is returned in its unopened, original packaging, and the product is not obsolete, custom produced or otherwise unsaleable. If goods are not returned to Marco within 90 days of invoice date, they will be considered purchased, and they will not be credited.

## INDEMNIFICATION AGREEMENT

Buyer agrees, to the fullest extent permitted by the law, to fully indemnify, hold harmless, and defend Seller, its parent, subsidiary, and affiliated corporations, its owners, officers, directors, employees, agents, representatives and insurers (collectively, "Indemnities") from and against any and all claims, demands, suits, damages, judgments of sums of money, losses and expenses, including but not limited to attorney's fees and costs (collectively referred to herein as "Claims"), arising out of or resulting from any bodily injury, sickness, disease or death, or injury to or destruction of tangible property, arising out of or resulting from the use, sale or distribution of any and all products purchased from Seller by Buyer herein, regardless of whether or not such claim arises in whole or in part out of Seller's alleged fault, including but not limited to Seller's negligence, strict liability, products liability, breach of warranty or any other act or omission. Buyer expressly waives any and all immunity from suit by Seller, its parent, subsidiary, and affiliated corporations, and its owners, officers, directors, employees, agents, representatives and insurers, by operation of any workers' compensation or similar statute. Your purchase of any products from Marco signifies your unqualified consent to an agreement with the foregoing indemnities.

⚠ **WARNING** | **Failure to comply with ANY WARNING listed below could result in death or serious injury.**

Before using this equipment, read, understand and follow all instructions in the Operator's Manuals with this equipment. If the user and/or assistants cannot read or understand the warnings and instructions, the employer of the user and/or assistants must provide adequate and necessary training to ensure proper operation and compliance with all safety procedures pertaining to this equipment. If Operator's Manuals have been lost, visit www.marco.us or call (563) 324-2519 for replacements.

Breathing dust containing silica could cause silicosis, a fatal lung disease. Breathing dust during abrasive blasting operations, post-blast cleaning operations, and/or servicing equipment within the abrasive blasting area may expose an individual to conditions that could cause asbestosis, lead poisoning and/or other serious or fatal diseases. Harmful dust containing toxic material from abrasives or surfaces being abrasive blasted can remain suspended in the air for long periods of time after abrasive blasting has ceased. A NIOSH-approved, well-maintained, respirator designed for the specific operation being performed must be used by anyone abrasive blasting, handling or using the abrasive and anyone in the area of the dust.

You must comply with all OSHA, local, City, State, Province, Country and jurisdiction regulations, ordinances and standards, related to your particular work area and environment. Keep unprotected individuals out of the work area.



Marco Group International Opco, LLC
3425 E. LOCUST ST.
DAVENPORT, IA 52803
800.BLAST.IT | 800.252.7848

# PAST DUE INVOICE

| INVOICE DATE | DUE DATE | TERMS |
|---|---|---|
| 3/11/2019 | 4/10/2019 | NET 30 DAYS - OPEN |

| INVOICE NUMBER | ACCOUNT NUMBER | PAGE |
|---|---|---|
| 339381 | ▇9672 | 1 of 1 |

| MARCO REPRESENTATIVE | | |
|---|---|---|
| RANDY JR ROTH | | |

**BILL TO:**
VINSON ENTERPRISE LLC
MSET BUILDING 1103 SUITE 135 F
STENNIS, MS 39529

## PAST DUE REMINDER

**SHIP TO:**
VINSON ENTERPRISE/STENNIS SPACE CTR
HWY 607 SOUTH GATE
LEFT ON THE GRAVEL RD BEFORE BRIDGE
STENNIS, MS 39529

| ORDER DATE | PURCHASE ORDER NUMBER | FOB | SHIP DATE |
|---|---|---|---|
| 3/11/2019 | VT-00426 | | 3/11/2019 |

| SALES ORDER NUMBER | ORDERED BY | SHIP VIA | |
|---|---|---|---|
| 495835 | | E-12952 | |

| PART NUMBER | DESCRIPTION | ORDERED | SHIPPED | BACK ORDER | UOM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| 22HPR3 | 725 CU FT STORAGE HOPPER | 1.000 | 1.000 | 0.000 | EA | $1,185.00 | $1,185.00 |
| 22AP16003 | 1600 CFM AIR PREP SKID MOUNTED | 1.000 | 1.000 | 0.000 | EA | $1,364.00 | $1,364.00 |
| 22BP3 | 8/6 TON BULK UNIT | 1.000 | 1.000 | 0.000 | EA | $1,578.00 | $1,578.00 |
| C | RENTAL AGREEMENT# E-12952 | | 0.000 | | | $0.00 | $0.00 |
| C | START DATE: 5/4/18 | | 0.000 | | | $0.00 | $0.00 |
| C | BILLING PERIOD: 2/8/19 - 3/8/19 | | 0.000 | | | $0.00 | $0.00 |

| | |
|---|---|
| SUB TOTAL | $4,127.00 |
| SALES TAX | $288.89 |
| SHIPPING & HANDLING | $0.00 |
| INVOICE TOTAL | $4,415.89 |
| AMOUNT DUE | $4,415.89 |

**ELECTRONIC PAYMENT INFORMATION**

BANK NAME: AMEGY BANK OF TEXAS
ABA/ROUTING #:
ACCOUNT #:
SWIFT: ZFNBUS55
Payment Advice to: marco_ar@marco.us

Please see Terms and Conditions on final page. If you did not receive a Terms and Conditions page, please call 563-324-2519 to obtain a copy.

Please contact Customer Service at 800.252.7848 with any questions. **Thank you for your business!**

**WWW.MARCO.US | 800.BLAST.IT | 800.872.5278 | 563.324.2519 | FAX: 563.324.5792 | SALES@MARCO.US**



Marco Group International Opco, LLC
3425 E. LOCUST ST.
DAVENPORT, IA 52803
800.BLAST.IT | 800.252.7848

# PAST DUE INVOICE

| INVOICE DATE | DUE DATE | TERMS |
|---|---|---|
| 3/27/2019 | 4/26/2019 | NET 30 DAYS - OPEN |

| INVOICE NUMBER | ACCOUNT NUMBER | PAGE |
|---|---|---|
| 342500 | ▇9672 | 1 of 1 |

| MARCO REPRESENTATIVE | | |
|---|---|---|
| RANDY JR ROTH | | |

**BILL TO:**

VINSON ENTERPRISE LLC
MSET BUILDING 1103 SUITE 135 F
STENNIS, MS 39529

## PAST DUE REMINDER

**SHIP TO:**

VINSON ENTERPRISE/STENNIS SPACE CTR
HWY 607 SOUTH GATE
LEFT ON THE GRAVEL RD BEFORE BRIDGE
STENNIS, MS 39529

| ORDER DATE | PURCHASE ORDER NUMBER | FOB | SHIP DATE |
|---|---|---|---|
| 3/20/2019 | T5-085B | MOBILE, AL | 3/22/2019 |

| SALES ORDER NUMBER | ORDERED BY | SHIP VIA |
|---|---|---|
| 498232 | FLOYD | PPY&ADD/BLOWER/MOBILE ABRASIVE |

| PART NUMBER | DESCRIPTION | QUANTITY ORDERED | SHIPPED | BACK ORDER | UOM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| 45MOB2040BK | BULK 2040 COAL SLAG | 25.000 | 25.000 | 0.000 | TN | $92.00 | $2,300.00 |
| 97FREIGHT | FREIGHT & LOGISTIC SERVICES - DIR | 1.000 | 1.000 | 0.000 | EA | $585.00 | $585.00 |
| C | | | | | | $0.00 | $0.00 |
| C | SHIPPING VIA MARCO ARRANGED BLOWER | | | | | $0.00 | $0.00 |
| C | FOR PICKUP WEDNESDAY, 3/20 | | 0.000 | | | $0.00 | $0.00 |
| C | MUST DELIVER THURSDAY, 3/21 | | 0.000 | | | $0.00 | $0.00 |
| C | POC: FLOYD 504-342-6987 | | 0.000 | | | $0.00 | $0.00 |
| C | DRIVER MUST CHECKIN AT GATE AND | | 0.000 | | | $0.00 | $0.00 |
| C | GET PASS TO ENTER YARD | | 0.000 | | | $0.00 | $0.00 |
| C | ************************* | | 0.000 | | | $0.00 | $0.00 |
| C | CARRIER: MOBILE ABRASIVES TRUCK | | 0.000 | | | $0.00 | $0.00 |

| | |
|---|---|
| SUB TOTAL | $2,885.00 |
| SALES TAX | $201.95 |
| SHIPPING & HANDLING | $0.00 |
| INVOICE TOTAL | $3,086.95 |
| AMOUNT DUE | $3,086.95 |

**ELECTRONIC PAYMENT INFORMATION**

BANK NAME: AMEGY BANK OF TEXAS
ABA/ROUTING #:
ACCOUNT #:
SWIFT: ZFNBUS55
Payment Advice to: marco.ar@marco.us

Please see Terms and Conditions on final page. If you did not receive a
Terms and Conditions page, please call 563-324-2519 to obtain a copy.

Please contact Customer Service at 800.252.7848 with any questions. Thank you for your business!



Marco Group International Opco, LLC
3425 E. LOCUST ST.
DAVENPORT, IA 52803
800.BLAST.IT | 800.252.7848

# PAST DUE INVOICE

| INVOICE DATE | DUE DATE | TERMS |
|---|---|---|
| 4/2/2019 | 5/2/2019 | NET 30 DAYS - OPEN |
| **INVOICE NUMBER** | **ACCOUNT NUMBER** | **PAGE** |
| 343498 | ▉9672 | 1 of 1 |
| **MARCO REPRESENTATIVE** | | |
| RANDY JR ROTH | | |

**BILL TO:**
VINSON ENTERPRISE LLC
MSET BUILDING 1103 SUITE 135 F
STENNIS, MS 39529

## PAST DUE REMINDER

**SHIP TO:**
VINSON ENTERPRISE/STENNIS SPACE CTR
HWY 607 SOUTH GATE
LEFT ON THE GRAVEL RD BEFORE BRIDGE
STENNIS, MS 39529

| ORDER DATE | PURCHASE ORDER NUMBER | FOB | SHIP DATE |
|---|---|---|---|
| 4/2/2019 | VT-00426 | | 4/2/2019 |
| **SALES ORDER NUMBER** | **ORDERED BY** | **SHIP VIA** | |
| 501517 | | E-12952 | |

| PART NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | BACK ORDER | UOM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| 22HPR3 | 725 CU FT STORAGE HOPPER | 1.000 | 1.000 | 0.000 | EA | $1,185.00 | $1,185.00 |
| C | RENTAL AGREEMENT# E-12952 | | 0.000 | | | $0.00 | $0.00 |
| C | START DATE: 5/4/18 | | 0.000 | | | $0.00 | $0.00 |
| C | BILLING PERIOD: 3/8/19 - 3/29/19 | | 0.000 | | | $0.00 | $0.00 |
| C | INBOUND FRT & INSPECTION PENDING | | 0.000 | | | $0.00 | $0.00 |

| | |
|---|---|
| **SUB TOTAL** | $1,185.00 |
| **SALES TAX** | $82.95 |
| **SHIPPING & HANDLING** | $0.00 |
| **INVOICE TOTAL** | $1,267.95 |
| **AMOUNT DUE** | **$1,267.95** |

**ELECTRONIC PAYMENT INFORMATION**

**BANK NAME:** AMEGY BANK OF TEXAS
**ABA/ROUTING #:** ▉
**ACCOUNT #:** ▉
**SWIFT:** ZFNBUS55
Payment Advice to: marco.ar@marco.us

Please see Terms and Conditions on final page. If you did not receive a
Terms and Conditions page, please call 563-324-2519 to obtain a copy.

Please contact Customer Service at 800.252.7848 with any questions. Thank you for your business!



Marco Group International Opco, LLC
3425 E. LOCUST ST.
DAVENPORT, IA 52803
800.BLAST.IT | 800.252.7848

# PAST DUE INVOICE

| INVOICE DATE | DUE DATE | TERMS |
|---|---|---|
| 4/15/2019 | 5/15/2019 | NET 30 DAYS - OPEN |

| INVOICE NUMBER | ACCOUNT NUMBER | PAGE |
|---|---|---|
| 345842 | ▇9672 | 1 of 1 |

| MARCO REPRESENTATIVE | | |
|---|---|---|
| RANDY JR ROTH | | |

**BILL TO:**
VINSON ENTERPRISE LLC
MSET BUILDING 1103 SUITE 135 F
STENNIS, MS 39529

## PAST DUE REMINDER

**SHIP TO:**
VINSON ENTERPRISE/STENNIS SPACE CTR
HWY 607 SOUTH GATE
LEFT ON THE GRAVEL RD BEFORE BRIDGE
STENNIS, MS 39529

| ORDER DATE | PURCHASE ORDER NUMBER | FOB | SHIP DATE |
|---|---|---|---|
| 4/3/2019 | T5-098B | MOBILE, AL | 4/5/2019 |

| SALES ORDER NUMBER | ORDERED BY | SHIP VIA |
|---|---|---|
| 502214 | FLOYD | PPY&ADD/BLOWER/MOBILE ABRASIVE |

| PART NUMBER | DESCRIPTION | ORDERED | SHIPPED | BACK ORDER | UOM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| 45MOB2040BK | BULK 2040 COAL SLAG | 25.000 | 25.000 | 0.000 | TN | $92.00 | $2,300.00 |
| 97FREIGHT | FREIGHT & LOGISTIC SERVICES - DIR | 1.000 | 1.000 | 0.000 | EA | $585.00 | $585.00 |
| C | | | | | | $0.00 | $0.00 |
| C | SHIPPING VIA MARCO ARRANGED BLOWER | | | | | $0.00 | $0.00 |
| C | FOR PICKUP THRUSDAY, 4/4/19 | | | | | $0.00 | $0.00 |
| C | MUST DELIVER FRIDAY, 4/5/19 | | | | | $0.00 | $0.00 |
| C | POC: FLOYD 504-342-6987 | | | | | $0.00 | $0.00 |
| C | DRIVER MUST CHECKIN AT GATE AND | | | | | $0.00 | $0.00 |
| C | GET PASS TO ENTER YARD | | | | | $0.00 | $0.00 |
| C | ************************* | | | | | $0.00 | $0.00 |
| C | CARRIER: MOBILE ABRASIVES TRUCK | | | | | $0.00 | $0.00 |

| | |
|---|---|
| SUB TOTAL | $2,885.00 |
| SALES TAX | $201.95 |
| SHIPPING & HANDLING | $0.00 |
| INVOICE TOTAL | $3,086.95 |
| AMOUNT DUE | $3,086.95 |

**ELECTRONIC PAYMENT INFORMATION**

BANK NAME: AMEGY BANK OF TEXAS
ABA/ROUTING #: ▇
ACCOUNT #: ▇
SWIFT: ZFNBUS55
Payment Advice to: marco_ar@marco.us

Please see Terms and Conditions on final page. If you did not receive a Terms and Conditions page, please call 563-324-2519 to obtain a copy.

Please contact Customer Service at 800.252.7848 with any questions. **Thank you for your business!**

**WWW.MARCO.US | 800.BLAST.IT | 800.872.5278 | 563.324.2519 | FAX: 563.324.5792 | SALES@MARCO.US**



Marco Group International OpCo, LLC
3425 E. LOCUST ST.
DAVENPORT, IA 52803
800.BLAST.IT | 800.252.7848

# PAST DUE INVOICE

| INVOICE DATE | DUE DATE | TERMS |
|---|---|---|
| 4/15/2019 | 5/15/2019 | NET 30 DAYS - OPEN |

| INVOICE NUMBER | ACCOUNT NUMBER | PAGE |
|---|---|---|
| 345900 | ▮672 | 1 of 1 |

| MARCO REPRESENTATIVE |
|---|
| RANDY JR ROTH |

**BILL TO:**
VINSON ENTERPRISE LLC
MSET BUILDING 1103 SUITE 135 F
STENNIS, MS 39529

## PAST DUE REMINDER

**SHIP TO:**
VINSON ENTERPRISE/STENNIS SPACE CTR
HWY 607 SOUTH GATE
LEFT ON THE GRAVEL RD BEFORE BRIDGE
STENNIS, MS 39529

| ORDER DATE | PURCHASE ORDER NUMBER | FOB | SHIP DATE |
|---|---|---|---|
| 4/15/2019 | VT-00426 | | 4/15/2019 |

| SALES ORDER NUMBER | ORDERED BY | SHIP VIA |
|---|---|---|
| 505011 | | E-12952 |

| PART NUMBER | DESCRIPTION | ORDERED | SHIPPED | BACK ORDER | UOM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| 22AP16003 | 1600 CFM AIR PREP SKID MOUNTED | 1.000 | 1.000 | 0.000 | EA | $1,364.00 | $1,364.00 |
| C | RENTAL AGREEMENT# E-12952 | | 0.000 | | | $0.00 | $0.00 |
| C | START DATE: 5/4/18 | | 0.000 | | | $0.00 | $0.00 |
| C | BILLING PERIOD: 3/8/19 - 4/5/19 | | 0.000 | | | $0.00 | $0.00 |
| C | INBOUND FRT & INSPECTION PENDING | | 0.000 | | | $0.00 | $0.00 |

| | |
|---|---|
| SUB TOTAL | $1,364.00 |
| SALES TAX | $95.48 |
| SHIPPING & HANDLING | $0.00 |
| INVOICE TOTAL | $1,459.48 |
| **AMOUNT DUE** | **$1,459.48** |

**ELECTRONIC PAYMENT INFORMATION**

BANK NAME: AMEGY BANK OF TEXAS
ABA/ROUTING #: ▮▮▮▮▮▮
ACCOUNT #: ▮▮▮▮▮▮
SWIFT: ZFNBUS55
Payment Advice to: marco.ar@marco.us

Please see Terms and Conditions on final page. If you did not receive a Terms and Conditions page, please call 563-324-2519 to obtain a copy.

Please contact Customer Service at 800.252.7848 with any questions. Thank you for your business!



Marco Group International Opco, LLC
3425 E. LOCUST ST.
DAVENPORT, IA 52803
800.BLAST.IT | 800.252.7848

# PAST DUE INVOICE

| INVOICE DATE | DUE DATE | TERMS |
|---|---|---|
| 4/15/2019 | 5/15/2019 | NET 30 DAYS - OPEN |

| INVOICE NUMBER | ACCOUNT NUMBER | PAGE |
|---|---|---|
| 345902 | ■3672 | 1 of 1 |

| MARCO REPRESENTATIVE | | |
|---|---|---|
| RANDY JR ROTH | | |

**BILL TO:**
VINSON ENTERPRISE LLC
MSET BUILDING 1103 SUITE 135 F
STENNIS, MS 39529

## PAST DUE REMINDER

**SHIP TO:**
VINSON ENTERPRISE/STENNIS SPACE CTR
HWY 607 SOUTH GATE
LEFT ON THE GRAVEL RD BEFORE BRIDGE
STENNIS, MS 39529

| ORDER DATE | PURCHASE ORDER NUMBER | FOB | SHIP DATE |
|---|---|---|---|
| 4/15/2019 | VT-00426 | | 4/15/2019 |

| SALES ORDER NUMBER | ORDERED BY | SHIP VIA | |
|---|---|---|---|
| 505015 | | E-12952 | |

| PART NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | BACK ORDER | UOM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| 22BP3 | 6/6 TON BULK UNIT | 1.000 | 1.000 | 0.000 | EA | $1,578.00 | $1,578.00 |
| C | RENTAL AGREEMENT# E-12952 | | 0.000 | | | $0.00 | $0.00 |
| C | START DATE" 5/4/18 | | 0.000 | | | $0.00 | $0.00 |
| C | BILLING PERIOD: 3/8/19 - 4/5/19 | | 0.000 | | | $0.00 | $0.00 |

| | |
|---|---|
| SUB TOTAL | $1,578.00 |
| SALES TAX | $110.46 |
| SHIPPING & HANDLING | $0.00 |
| INVOICE TOTAL | $1,688.46 |
| AMOUNT DUE | $1,688.46 |

**ELECTRONIC PAYMENT INFORMATION**

BANK NAME: AMEGY BANK OF TEXAS
ABA/ROUTING #: ■
ACCOUNT #: ■
SWIFT: ZFNBUS55
Payment Advice to: marco.ar@marco.us

Please see Terms and Conditions on final page. If you did not receive a Terms and Conditions page, please call 563-324-2519 to obtain a copy.

Please contact Customer Service at 800.252.7848 with any questions. Thank you for your business!

**WWW.MARCO.US | 800.BLAST.IT | 800.872.5278 | 563.324.2519 | FAX: 563.324.5792 | SALES@MARCO.US**



Marco Group International Opco, LLC
3425 E. LOCUST ST.
DAVENPORT, IA 52803
800.BLAST.IT | 800.252.7848

# PAST DUE INVOICE

| INVOICE DATE | DUE DATE | TERMS |
|---|---|---|
| 4/17/2019 | 5/17/2019 | NET 30 DAYS - OPEN |

| INVOICE NUMBER | ACCOUNT NUMBER | PAGE |
|---|---|---|
| 346335 | ▉9672 | 1 of 1 |

| MARCO REPRESENTATIVE |
|---|
| RANDY JR ROTH |

**BILL TO:**

VINSON ENTERPRISE LLC
MSET BUILDING 1103 SUITE 135 F
STENNIS, MS 39529

## PAST DUE REMINDER

**SHIP TO:**

VINSON ENTERPRISE LLC
MSET BUILDING 1103 SUITE 135 F
STENNIS, MS 39529

| ORDER DATE | PURCHASE ORDER NUMBER | FOB | SHIP DATE |
|---|---|---|---|
| 4/8/2019 | T5-103M | | 4/17/2019 |

| SALES ORDER NUMBER | ORDERED BY | SHIP VIA |
|---|---|---|
| 502449 | CHANCELLOR | UPS GROUND |

| PART NUMBER | DESCRIPTION | ORDERED | SHIPPED | BACK ORDER | UOM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| 20G286421 | 421 RAC 5 TIP | 8.000 | 8.000 | 0.000 | EA | $25.49 | $203.92 |
| 20G286415 | 415 RAC 5 TIP | 4.000 | 4.000 | 0.000 | EA | $25.49 | $101.96 |
| 303M6200 | 6000 HALF FACEPIECE RESPIRATOR W/O | 2.000 | 2.000 | 0.000 | EA | $11.22 | $22.44 |
| 1029869 | MICROMAX NS COVERALLS - 2XL - 25/CS | 1.000 | 1.000 | 0.000 | EA | $65.77 | $65.77 |
| 20DQVAE2AO12 | BALL VALVE 1/2" FEMALE NPT 5800 PSI | 6.000 | 6.000 | 0.000 | EA | $51.07 | $306.42 |
| 20PFHA24SA0808 | 1/2" X 1/2" HEX NIPPLE | 6.000 | 6.000 | 0.000 | EA | $15.85 | $95.10 |
| 20G162505B | 3/8"NPT (M) X 1/2"NPSM (F) ADAPTER | 6.000 | 6.000 | 0.000 | EA | $15.83 | $94.98 |
| 10FRTTX | TAXABLE FREIGHT | | 1.000 | | | $0.00 | $0.00 |

| | |
|---|---|
| SUB TOTAL | $890.59 |
| SALES TAX | $64.51 |
| SHIPPING & HANDLING | $31.03 |
| INVOICE TOTAL | $986.13 |
| AMOUNT DUE | $986.13 |

**ELECTRONIC PAYMENT INFORMATION**

BANK NAME:  AMEGY BANK OF TEXAS
ABA/ROUTING #: ▉
ACCOUNT #: ▉
SWIFT:  ZFNBUS55
Payment Advice to: marco.ar@marco.us

Please see Terms and Conditions on final page. If you did not receive a Terms and Conditions page, please call 563-324-2519 to obtain a copy.

Please contact Customer Service at 800.252.7848 with any questions. **Thank you for your business!**



Marco Group International Opco, LLC
3425 E. LOCUST ST.
DAVENPORT, IA 52803
800.BLAST.IT | 800.252.7848

# BILLING ADJUSTMENT

| INVOICE DATE | DUE DATE | TERMS |
|---|---|---|
| 4/18/2019 | 5/18/2019 | NET 30 DAYS - OPEN |
| **INVOICE NUMBER** | **ACCOUNT NUMBER** | **PAGE** |
| 346602 | ■9672 | 1 of 1 |
| **MARCO REPRESENTATIVE** | | |
| RANDY JR ROTH | | |

**BILL TO:**

VINSON ENTERPRISE LLC
MSET BUILDING 1103 SUITE 135 F
STENNIS, MS 39529

**SHIP TO:**

VINSON ENTERPRISE/STENNIS SPACE CTR
HWY 607 SOUTH GATE
LEFT ON THE GRAVEL RD BEFORE BRIDGE
STENNIS, MS 39529

| ORDER DATE | PURCHASE ORDER NUMBER | FOB | SHIP DATE |
|---|---|---|---|
| 4/18/2019 | VT-00426 | REF INV 000000 | 4/18/2019 |
| **SALES ORDER NUMBER** | **ORDERED BY** | **SHIP VIA** | |
| 505938 | | ALLSTATE 35520 | |

| PART NUMBER | DESCRIPTION | QUANTITY ORDERED | SHIPPED | BACK ORDER | UOM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| 98RENTALIN | RENTAL FREIGHT IN | 1.000 | 1.000 | 0.000 | EA | $2,645.00 | $2,645.00 |
| C | RENTAL AGREEMENT# E-12952 | | 0.000 | | | $0.00 | $0.00 |
| C | START DATE: 5/4/18 | | 0.000 | | | $0.00 | $0.00 |
| C | END DATE: 3/29/19 | | 0.000 | | | $0.00 | $0.00 |
| C | INBOUND FREIGHT FOR STORAGE HOPPER | | 0.000 | | | $0.00 | $0.00 |
| C | INSPECTION PENDING | | 0.000 | | | $0.00 | $0.00 |

| | |
|---|---|
| SUB TOTAL | $2,645.00 |
| SALES TAX | $185.15 |
| SHIPPING & HANDLING | $0.00 |
| INVOICE TOTAL | $2,830.15 |
| **AMOUNT DUE** | **$2,830.15** |

**ELECTRONIC PAYMENT INFORMATION**

BANK NAME: AMEGY BANK OF TEXAS
ABA/ROUTING #:
ACCOUNT #:
SWIFT: ZFNBUS55
Payment Advice to: marco.ar@marco.us

Please see Terms and Conditions on final page. If you did not receive a
Terms and Conditions page, please call 563-324-2519 to obtain a copy.

Please contact Customer Service at 800.252.7848 with any questions. **Thank you for your business!**



Marco Group International Opco, LLC
3425 E. LOCUST ST.
DAVENPORT, IA 52803
800.BLAST.IT | 800.252.7848

# BILLING ADJUSTMENT

| INVOICE DATE | DUE DATE | TERMS |
|---|---|---|
| 4/26/2019 | 5/26/2019 | NET 30 DAYS - OPEN |

| INVOICE NUMBER | ACCOUNT NUMBER | PAGE |
|---|---|---|
| 348070 | ▮9672 | 1 of 1 |

| MARCO REPRESENTATIVE | | |
|---|---|---|
| RANDY JR ROTH | | |

**BILL TO:**
VINSON ENTERPRISE LLC
MSET BUILDING 1103 SUITE 135 F
STENNIS, MS 39529

**SHIP TO:**
VINSON ENTERPRISE/STENNIS SPACE CTR
HWY 607 SOUTH GATE
LEFT ON THE GRAVEL RD BEFORE BRIDGE
STENNIS, MS 39529

| ORDER DATE | PURCHASE ORDER NUMBER | FOB | SHIP DATE |
|---|---|---|---|
| 4/26/2019 | VT-00426 | REF INV 000000 | 4/26/2019 |

| SALES ORDER NUMBER | ORDERED BY | SHIP VIA | |
|---|---|---|---|
| 507984 | | ALLSTATE 35559 | |

| PART NUMBER | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | BACK ORDER | UOM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| 98RENTALIN | RENTAL FREIGHT IN | 1.000 | 1.000 | 0.000 | EA | $770.00 | $770.00 |
| C | RENTAL AGREEMENT# E-12952 | | 0.000 | | | $0.00 | $0.00 |
| C | START DATE: 5/4/18 | | 0.000 | | | $0.00 | $0.00 |
| C | END DATE: 4/5/19 | | 0.000 | | | $0.00 | $0.00 |
| C | INBOUND FREIGHT FOR AFTERCOOLER | | 0.000 | | | $0.00 | $0.00 |
| C | INSPECTION PENDING | | 0.000 | | | $0.00 | $0.00 |

| | |
|---|---|
| SUB TOTAL | $770.00 |
| SALES TAX | $53.90 |
| SHIPPING & HANDLING | $0.00 |
| INVOICE TOTAL | $823.90 |
| AMOUNT DUE | $823.90 |

**ELECTRONIC PAYMENT INFORMATION**

BANK NAME: AMEGY BANK OF TEXAS
ABA/ROUTING #: ▮
ACCOUNT #: ▮
SWIFT: ZFNBUS55
Payment Advice to: marco.ar@marco.us

Please see Terms and Conditions on final page. If you did not receive a
Terms and Conditions page, please call 563-324-2519 to obtain a copy.

Please contact Customer Service at 800.252.7848 with any questions. Thank you for your business!



Marco Group International Opco, LLC
3425 E. LOCUST ST.
DAVENPORT, IA 52803
800.BLAST.IT | 800.252.7848

# BILLING ADJUSTMENT

| INVOICE DATE | DUE DATE | TERMS |
|---|---|---|
| 5/21/2019 | 6/20/2019 | NET 30 DAYS - OPEN |
| **INVOICE NUMBER** | **ACCOUNT NUMBER** | **PAGE** |
| 352339 | ▇9672 | 1 of 1 |
| **MARCO REPRESENTATIVE** | | |
| RANDY JR ROTH | | |

**BILL TO:**
VINSON ENTERPRISE LLC
MSET BUILDING 1103 SUITE 135 F
STENNIS, MS 39529

**SHIP TO:**
VINSON ENTERPRISE/STENNIS SPACE CTR
HWY 607 SOUTH GATE
LEFT ON THE GRAVEL RD BEFORE BRIDGE
STENNIS, MS 39529

| ORDER DATE | PURCHASE ORDER NUMBER | FOB | SHIP DATE |
|---|---|---|---|
| 5/21/2019 | NASAHOPPER102218 | REF INV 317994 | 5/21/2019 |
| **SALES ORDER NUMBER** | **ORDERED BY** | **SHIP VIA** | |
| 514010 | 1302 | PRICING ADJ | |

| PART NUMBER | DESCRIPTION | QUANTITY | | | UOM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| | | ORDERED | SHIPPED | BACK ORDER | | | |
| 10HOPPER725PS3 | 725 CU FT HOPPER PRIMED & PAINTED | 1.000 | 1.000 | 0.000 | EA | $10,000.00 | $10,000.00 |
| | | | | SUB TOTAL | | | $10,000.00 |
| | | | | SALES TAX | | | $700.00 |
| | | | | SHIPPING & HANDLING | | | $0.00 |
| | | | | INVOICE TOTAL | | | $10,700.00 |
| | | | | **AMOUNT DUE** | | | **$10,700.00** |

**ELECTRONIC PAYMENT INFORMATION**

BANK NAME:  AMEGY BANK OF TEXAS
ABA/ROUTING #: ▇▇▇▇
ACCOUNT #: ▇▇▇▇
SWIFT:  ZFNBUS55
Payment Advice to: marco.ar@marco.us

Please see Terms and Conditions on final page. If you did not receive a
Terms and Conditions page, please call 563-324-2519 to obtain a copy.

Please contact Customer Service at 800.252.7848 with any questions. Thank you for your business!



Marco Group International Opco, LLC
3425 E. LOCUST ST.
DAVENPORT, IA 52803
800.BLAST.IT | 800.252.7848

# PAST DUE INVOICE

| INVOICE DATE | DUE DATE | TERMS |
|---|---|---|
| 8/28/2019 | 9/27/2019 | NET 30 DAYS - OPEN |

| INVOICE NUMBER | ACCOUNT NUMBER | PAGE |
|---|---|---|
| 371272 | ▇9672 | 1 of 2 |

| MARCO REPRESENTATIVE | | |
|---|---|---|
| RANDY JR ROTH | | |

**BILL TO:**

VINSON ENTERPRISE LLC
MSET BUILDING 1103 SUITE 135 F
STENNIS, MS 39529

## PAST DUE REMINDER

**SHIP TO:**

| ORDER DATE | PURCHASE ORDER NUMBER | FOB | SHIP DATE |
|---|---|---|---|
| 5/8/2019 | TBD | MARCO-DEER PARK, | 8/28/2019 |

| SALES ORDER NUMBER | ORDERED BY | SHIP VIA |
|---|---|---|
| 511055 | ASHLEY | TBD |

| PART NUMBER | DESCRIPTION | QUANTITY ORDERED | SHIPPED | BACK ORDER | UOM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| 1081616 | 1600 4-OUTLET MOISTURE SEPARATOR | 1.000 | 1.000 | 0.000 | EA | $1,500.00 | $1,500.00 |
| 1011823 | 2" NPT PIPE PLUG - GALVANIZED | 1.000 | 1.000 | 0.000 | EA | $7.97 | $7.97 |
| 1011822 | 1-1/2" X 1/4" BUSHING - GALVANIZED | 1.000 | 1.000 | 0.000 | EA | $9.45 | $9.45 |
| 20PFHA24SA0404 | 1/4" HEX NIPPLE | 1.000 | 1.000 | 0.000 | EA | $1.08 | $1.08 |
| 1080050 | 1/4" BALL VALVE | 1.000 | 1.000 | 0.000 | EA | $2.56 | $2.56 |
| 10100597 | 1/2-13 X 1-1/4" UNC HEX BOLT-GALV | 8.000 | 8.000 | 0.000 | EA | $0.65 | $5.20 |
| 1091052 | PRESSURE RELIEF LABEL - BULK POT | 2.000 | 2.000 | 0.000 | EA | $9.85 | $19.70 |
| 10000343 | 8 TON BULK POT LADDER ASSEMBLY | 2.000 | 2.000 | 0.000 | EA | $231.37 | $462.74 |
| 1091054 | CONFINED SPACE LABEL | 1.000 | 1.000 | 0.000 | EA | $6.17 | $6.17 |
| 10104141 | 7,000# HD DROP LEG-TOP WIND JACK | 1.000 | 1.000 | 0.000 | EA | $95.71 | $95.71 |
| 10104087 | 2" ROUND LED AMBER CLEARANCE LIGHT | 1.000 | 1.000 | 0.000 | EA | $5.23 | $5.23 |
| 10104088 | 2" ROUND RUBBER GROMMET | 1.000 | 1.000 | 0.000 | EA | $1.54 | $1.54 |
| 10105735 | TIRE ONLY - LT215/75R17.5 16-PLY | 1.000 | 1.000 | 0.000 | EA | $295.39 | $295.39 |
| 10100585 | SAFETY LABEL | 1.000 | 1.000 | 0.000 | EA | $1.38 | $1.38 |
| 10105705 | SAFETY LABEL | 1.000 | 1.000 | 0.000 | EA | $1.38 | $1.38 |
| 10104081 | BREAKAWAY KIT - ELECTRIC | 1.000 | 1.000 | 0.000 | EA | $58.85 | $58.85 |
| 10104142 | FRONT / MIDDLE / REAR WIRE HARNESS | 1.000 | 1.000 | 0.000 | EA | $119.37 | $119.37 |
| 24BESERVIN | SERVICE LABOR IN HOUSE | 66.000 | 66.000 | 0.000 | EA | $17.88 | $1,180.08 |
| 24VESSELREPAIR | MISC VESSEL REPAIR WITH HYDRO | 1.000 | 1.000 | 0.000 | EA | $2,504.06 | $2,504.06 |
| 98FREIGHT | FREIGHT & LOGISTIC SERVICES | 1.000 | 1.000 | 0.000 | EA | $400.00 | $400.00 |
| C | | | 0.000 | | | | $0.00 |
| C | SERVICE COMPLETE 7/9 | | 0.000 | | | | $0.00 |
| C | STRAIGHT TIME, 16.5 HOURS | | 0.000 | | | | $0.00 |
| C | TECH: TYLOR M. RAYMOND W. AND | | 0.000 | | | | $0.00 |

Please contact Customer Service at 800.252.7848 with any questions. Thank you for your business!



Marco Group International Opco, LLC
3425 E. LOCUST ST.
DAVENPORT, IA 52803
800.BLAST.IT | 800.252.7848

# PAST DUE INVOICE

| INVOICE DATE | DUE DATE | TERMS |
|---|---|---|
| 8/28/2019 | 9/27/2019 | NET 30 DAYS - OPEN |

| INVOICE NUMBER | ACCOUNT NUMBER | PAGE |
|---|---|---|
| 371272 | ■9672 | 2 of 2 |

| MARCO REPRESENTATIVE | | |
|---|---|---|
| RANDY JR ROTH | | |

**BILL TO:**

VINSON ENTERPRISE LLC
MSET BUILDING 1103 SUITE 135 F
STENNIS, MS 39529

## PAST DUE REMINDER

### SHIP TO:

| ORDER DATE | PURCHASE ORDER NUMBER | FOB | SHIP DATE |
|---|---|---|---|
| 5/8/2019 | TBD | MARCO-DEER PARK, | 8/28/2019 |

| SALES ORDER NUMBER | ORDERED BY | SHIP VIA |
|---|---|---|
| 511055 | ASHLEY | TBD |

| PART NUMBER | DESCRIPTION | QUANTITY ORDERED | SHIPPED | BACK ORDER | UOM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| C | CHUCK S. | | 0.000 | | | $0.00 | $0.00 |
| C | PLEASE CONFIRM ONLY KG 8/28 | | 0.000 | | | $0.00 | $0.00 |

| | |
|---|---|
| SUB TOTAL | $6,677.86 |
| SALES TAX | $467.47 |
| SHIPPING & HANDLING | $0.00 |
| INVOICE TOTAL | $7,145.33 |
| AMOUNT DUE | $7,145.33 |

**ELECTRONIC PAYMENT INFORMATION**

BANK NAME: AMEGY BANK OF TEXAS
ABA/ROUTING #: ████
ACCOUNT #: ████
SWIFT: ZFNBUS55
Payment Advice to: marco.ar@marco.us

Please see Terms and Conditions on final page. If you did not receive a Terms and Conditions page, please call 563-324-2519 to obtain a copy.

Please contact Customer Service at 800.252.7848 with any questions. **Thank you for your business!**



Marco Group International Opco, LLC
3425 E. LOCUST ST.
DAVENPORT, IA 52803
800.BLAST.IT | 800.252.7848

# PAST DUE INVOICE

| INVOICE DATE | DUE DATE | TERMS |
|---|---|---|
| 5/22/2019 | 6/21/2019 | NET 30 DAYS - OPEN |
| **INVOICE NUMBER** | **ACCOUNT NUMBER** | **PAGE** |
| 352645 | ▉9672 | 1 of 1 |
| **MARCO REPRESENTATIVE** | | |
| RANDY JR ROTH | | |

**BILL TO:**

VINSON ENTERPRISE LLC
MSET BUILDING 1103 SUITE 135 F
STENNIS, MS 39529

## PAST DUE REMINDER

**SHIP TO:**

VINSON ENTERPRISE/STENNIS SPACE CTR
HWY 607 SOUTH GATE
LEFT ON THE GRAVEL RD BEFORE BRIDGE
STENNIS, MS 39529

| ORDER DATE | PURCHASE ORDER NUMBER | FOB | SHIP DATE |
|---|---|---|---|
| 5/22/2019 | VT-00426 | REF INV 000000 | 5/22/2019 |
| **SALES ORDER NUMBER** | **ORDERED BY** | **SHIP VIA** | |
| 514373 | | ALLSTATE 35694 | |

| PART NUMBER | DESCRIPTION | QUANTITY ORDERED | SHIPPED | BACK ORDER | UOM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| 22BP2 | 8/6 TON BULK UNIT | 1.000 | 1.000 | 0.000 | EA | $526.00 | $526.00 |
| 98RENTALIN | RENTAL FREIGHT IN | 1.000 | 1.000 | 0.000 | EA | $715.00 | $715.00 |
| C | RENTAL AGREEMENT# E-12952 | | 0.000 | | | $0.00 | $0.00 |
| C | START DATE: 5/4/18 | | 0.000 | | | $0.00 | $0.00 |
| C | BILLING PERIOD: 3/29/19 - 4/5/19 | | 0.000 | | | $0.00 | $0.00 |
| C | INBOUND FERIGHT INCLUDED | | 0.000 | | | $0.00 | $0.00 |
| C | INSPECTION PENDING | | 0.000 | | | $0.00 | $0.00 |

| | |
|---|---|
| **SUB TOTAL** | $1,241.00 |
| **SALES TAX** | $86.87 |
| **SHIPPING & HANDLING** | $0.00 |
| **INVOICE TOTAL** | $1,327.87 |
| **AMOUNT DUE** | **$1,327.87** |

**ELECTRONIC PAYMENT INFORMATION**

BANK NAME:  AMEGY BANK OF TEXAS
ABA/ROUTING #: ▉▉▉▉
ACCOUNT #:  ▉▉▉▉
SWIFT:  ZFNBUS55
Payment Advice to:  marco.ar@marco.us

Please see Terms and Conditions on final page. If you did not receive a
Terms and Conditions page, please call 563-324-2519 to obtain a copy.

Please contact Customer Service at 800.252.7848 with any questions. Thank you for your business!

EXHIBIT

C



**MILLER ACT**
**NOTICE OF CLAIM ON PAYMENT BOND**
(40 U.S.C. § 3133)

**TO GENERAL CONTRACTOR:**
**VIA CERTIFIED MAIL:**
    VINTECH, LLC
    BLDG 1103, STE 135F
    STENNIS SPACE CENTER, MS   39529

**FROM BOND CLAIMANT:**
    MARCO GROUP INTERNATIONAL, INC.
    3425 EAST LOCUST STREET
    DAVENPORT, IA 52803

**SURETY:**
    The surety is currently unknown to the Bond Claimant.  Bond Claimant hereby requests a copy of
the payment bond and contract pursuant to 40 U.S.C. § 3133.

**PROJECT:**
    STENNIS SPACE CENTER
    UNDEFINED MS-607
    STENNIS SPACE CENTER, MS
    GOVT CONTRACT #: W91278-16-D-0106, W912DY18F0754

**NOTICE IS HEREBY GIVEN** that the undersigned claimant, MARCO GROUP INTERNATIONAL,
INC., has not been paid and intends to enforce its rights under 40 U.S.C. § 3133, known as the Miller Act.
MARCO GROUP INTERNATIONAL, INC. is looking to VINSON ENTERPRISES, LLC, VINTECH,
LLC and its surety, and any payment bonds for payment of their claim in the sum of $52,979.57.

The name of the person for whom the labor and/or materials were furnished is:

    VINSON ENTERPRISES, LLC
    MSET BUILDING 1103 SUITE 135F
    STENNIS CTR, MS 39529

The MATERIALS furnished by MARCO GROUP INTERNATIONAL, INC. upon the above referenced
project are described as:  SURFACE PREPARATION PRODUCTS & EQUIPMENT.

Demand is hereby made for payment of the above-stated indebtedness in the sum of $52,979.57, together
with lawful interest at the highest rate permitted by law from the accrual of the obligation until paid in
full, together with attorney fees to which claimant may be entitled.

Communication in this regard should be directed to MS. JULI FITZGERALD, MARCO GROUP
INTERNATIONAL, INC., 3425 EAST LOCUST STREET , DAVENPORT, IA 52803.

AUGUST 8, 2019

**CLAIMANT:**
MARCO GROUP INTERNATIONAL, INC.
3425 EAST LOCUST STREET
DAVENPORT, IA 52803
Contact:  MS. JULI FITZGERALD
Telephone:  (563) 324 - 2519

By:    *Colleen Kirk*
     Colleen Kirk, Agent
     (Email: <u>liens@ncscredit.com</u>)

Reference:    L978498

**Distribution: (Via Certified Mail)**
STENNIS SPACE CENTER
1314 LLOYD PRICE AVE
JOHN C. STENNIS SPACE CENTER, MS 70062

VINTECH, LLC
BLDG 1103, STE 135F
STENNIS SPACE CENTER, MS   39529

VINTECH, LLC
C/O SHERMAN  VINSON
BLDG 1103, STE 146A
BAY SAINT LOUIS, MS   39529

VINSON ENTERPRISES, LLC
MSET BUILDING 1103 SUITE 135F
STENNIS CTR, MS   39529



NCS[MS978498OW]B1
PO Box 241566
Cleveland OH 44124



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0009 1070 41



STENNIS SPACE CENTER
1314 Lloyd Price Ave
John C. Stennis Space Center MS 70062

# ATTENTION

If you have questions regarding the enclosed document, please email liens@ncscredit.com.

## Distribution List

STENNIS SPACE CENTER
1314 Lloyd Price Ave
John C. Stennis Space Center MS 70062

Vintech LLC
Bldg 1103 STE 135F
Stennis Space Center MS 39529

Vinson Enterprises LLC
MSET BUILDING 1103 SUITE 135F
Stennis Ctr MS 39529

Vintech LLC
c\o Sherman  Vinson
Bldg 1103 Ste 146A
Bay Saint Louis MS 39529



NCS|MS978498GC]B1
PO Box 241566
Cleveland OH 44124

USPS CERTIFIED MAIL

9214 8901 5273 7200 0009 1070 58

Vintech LLC
Bldg 1103 STE 135F
Stennis Space Center MS 39529

# ATTENTION

If you have questions regarding the enclosed document, please email liens@ncscredit.com.

## Distribution List

STENNIS SPACE CENTER
1314 Lloyd Price Ave
John C. Stennis Space Center MS 70062

Vintech LLC
Bldg 1103 STE 135F
Stennis Space Center MS 39529

Vinson Enterprises LLC
MSET BUILDING 1103 SUITE 135F
Stennis Ctr MS 39529

Vintech LLC
c\o Sherman  Vinson
Bldg 1103 Ste 146A
Bay Saint Louis MS 39529

NCS[MS978498S1]B1
PO Box 241566
Cleveland OH 44124



## USPS CERTIFIED MAIL

9214 8901 5273 7200 0009 1070 65



Vinson Enterprises LLC
MSET BUILDING 1103 SUITE 135F
Stennis Ctr MS 39529

# ATTENTION

If you have questions regarding the enclosed document, please email liens@ncscredit.com.

## Distribution List

STENNIS SPACE CENTER
1314 Lloyd Price Ave
John C. Stennis Space Center MS 70062

Vintech LLC
Bldg 1103 STE 135F
Stennis Space Center MS 39529

Vinson Enterprises LLC
MSET BUILDING 1103 SUITE 135F
Stennis Ctr MS 39529

Vintech LLC
c\o Sherman  Vinson
Bldg 1103 Ste 146A
Bay Saint Louis MS 39529



NCS|MS978498S3]B1
PO Box 241566
Cleveland OH 44124

USPS CERTIFIED MAIL

9214 8901 5273 7200 0009 1070 72



Vintech LLC
c\o Sherman  Vinson
Bldg 1103 Ste 146A
Bay Saint Louis MS 39529

# ATTENTION

If you have questions regarding the enclosed document, please email liens@ncscredit.com.

## Distribution List

STENNIS SPACE CENTER
1314 Lloyd Price Ave
John C. Stennis Space Center MS 70062

Vintech LLC
Bldg 1103 STE 135F
Stennis Space Center MS 39529

Vinson Enterprises LLC
MSET BUILDING 1103 SUITE 135F
Stennis Ctr MS 39529

Vintech LLC
c\o Sherman  Vinson
Bldg 1103 Ste 146A
Bay Saint Louis MS 39529